JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREO CALIFORNIA, LLC, | ) | CASE NO. CV 13-07559 ABC (ASx) |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER REMANDING CASE TO STATE COURT |
| GEORGINA A. ROMAN; JEFF D. ROMAN JR.; and DOES 1 to 5, | ) ) ) | |
| Defendant. | ) ) | |

On October 11, 2013, Defendants Georgina A. Roman and Jeff D. Roman Jr., having been sued in what appears to be a routine unlawful detainer action in California state court, filed a Notice of Removal of that action to this Court. (Docket No. 1.) For the reasons set forth below, the Court **REMANDS** this case for lack of subject matter jurisdiction.

As a routine unlawful detainer action, Plaintiff could not have brought this action in federal court initially because the complaint does not competently allege facts creating subject matter jurisdiction, rendering removal improper. 28 U.S.C. §1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S.Ct. 2611, 162 L.Ed.2d 502 (2005). First, this unlawful detainer action does not give rise to a federal question. *See* 28 U.S.C. §§ 1331, 1441(b). Second, the amount in controversy does not exceed the diversity jurisdiction threshold of $75,000. *See* 28 U.S.C. §§ 1332, 1441(b).

1   Accordingly, the Court (1) **REMANDS** this case to the Superior Court of
2   California, Los Angeles County, Northeast District, 300 East Walnut Street, Pasadena,
3   California 91101, for lack of subject matter jurisdiction pursuant to 28 U.S.C.
4   § 1447(c); (2) **ORDERS** the Clerk to send a certified copy of this Order to the state
5   court; and (3) **ORDERS** the Clerk to serve copies of this Order on the parties.

**IT IS SO ORDERED.**

DATED: October 22, 2013

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

- 2 -